UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

RHONDA LYNN TIBBETTS,

    Plaintiff,

v.                                         Case No: 2:20-cv-872-SPC-MRM

COMMISSIONER OF SOCIAL
SECURITY,

    Defendant.
_____/

# **ORDER**[1]

This matter comes before the Court on sua sponte review of the file. This is a Social Security appeal. The parties have not indicated whether they consent to have this case, or any part of it, decided by the assigned United States Magistrate Judge. *See* 28 U.S.C. § 636(c). Of course, either party is free to withhold consent without any adverse consequence. If the parties intend to consent, however, the Court directs them to file a notice of consent form (available of the Court's website).

Accordingly, it is now

**ORDERED:**

---

[1] Disclaimer: Documents hyperlinked to CM/ECF are subject to PACER fees. By using hyperlinks, the Court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide, nor does it have any agreements with them. The Court is also not responsible for a hyperlink's availability and functionality, and a failed hyperlink does not affect this Order.

If applicable, the parties must file a notice of consent form **on or before May 14, 2021**.

**DONE** and **ORDERED** in Fort Myers, Florida on May 7, 2021.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies: All Parties of Record